Eddie **LUSTER**, Appellant,

v.

**STATE of Missouri, Respondent.**

**No. WD 44150.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 24, 1991.

Application to Transfer Denied
Jan. 28, 1992.

David S. Durbin, Appellate Defender, Jeanne Haas McKenna, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and SHANGLER and SPINDEN, JJ.

ORDER

PER CURIAM:

Defendant appeals from the denial of a Rule 29.15 motion for post-conviction relief, after an evidentiary hearing.

The denial of post-conviction relief is affirmed.   Rule 84.16(b).